UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARY JANE WILLIAMS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN J. WALSH, in his official capacity as U.S. Secretary of Labor, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) No. 1:21-cv-01150-RC ) ) ) ) ) ) ) |

## REQUEST FOR SUMMONS TO ISSUE

Plaintiffs request that the Clerk issue the attached summonses for the Attorney General of the United States and the United States Attorney's Office.

DATED:  May 3, 2021    Respectfully submitted,

*/s/ Elizabeth T. Leiserson*
Elizabeth T. Leiserson
D.D.C. Bar No. TN0020
SOUTHERN MIGRANT LEGAL SERVICES
A Project of Texas RioGrande Legal Aid, Inc.
311 Plus Park Blvd., Ste. 135
Nashville, TN 37217
(615) 538-0725
eleiserson@trla.org

*Counsel for Plaintiff Martha Icela Flores Gaxiola*